Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
530-432-5407
Facsimile: 530-432-5439

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE TERRY, an individual<br>ANNE TERRY, an Individual,<br><br>　　　　　　　Plaintiffs<br>　　v.<br><br>THE TRAVELERS INDEMNITY<br>COMPANY OF CONNECTICUT,<br>a corporation; and<br><br>KENNEL PAK, INC., a corporation;<br><br>GENTZLER & SMITH ASSOCIATES, a corporation<br><br>　　　　　　　Defendants. | CASE NO. CIV.S-04-2314 MCE CGH<br><br>ORDER GRANTING<br><br>CONTINUANCE OF HEARING<br><br>ON RULE 12 MOTION |

　　　　Having reviewed the mutual Request for Continuance of the Hearing of the Rule 12 Motion submitted by counsel for Plaintiffs Clyde and Anne Terry and Defendants Kennel Pak, Inc. and Gentzler and Smith Associates, and there being good cause shown therefore:

　　　　It is hereby ordered that the date of the Hearing on Defendants' Kennel Pak, Inc. and Gentzler and Smith Associates Rule 12 Motion be continued from July 25, 2005, until August 8, 2005, at 9:00 a.m., in Courtroom 3.

Dated: June 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE