1  Patrick H. Dwyer, SBN 137743
   P.O. Box 1705
2  Penn Valley, CA 95946
   530-432-5407
3  Facsimile: 530-432-5439

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 _____  )   **CASE NO.** CIV.S-04-2314 MCE CGH
                                         )
12  CLYDE TERRY, an individual           )
    ANNE TERRY, an Individual,           )   ORDER GRANTING
13                                       )
                    Plaintiffs           )   VOLUNTARY DISMISSAL
14        v.                             )
                                         )   OF ACTION WITHOUT
15  THE TRAVELERS INDEMNITY              )
    COMPANY OF CONNECTICUT,              )   PREJUDICE PURSUANT TO
16  a corporation; and                   )
                                         )   FRCP 41(A)(1)(ii)
17  KENNEL PAK, INC., a corporation;     )
                                         )
18  GENTZLER & SMITH ASSOCIATES, a       )
    corporation                          )
19                                       )
                    Defendants.          )
20 _____  )

21

22      Having reviewed the Stipulation for Dismissal of the Entire Action pursuant to

23 FRCP 41(a)(1)(ii) signed by all the parties to the action, and there being good cause

24 shown therefore:

25 ///

26 ///

27 ///

28 ///

_____

It is hereby ordered that entire action be dismissed without prejudice and that Plaintiffs shall pay the costs of Defendants as set forth in the Stipulation for Dismissal.

Date: November 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE