1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  CLYDE TERRY and ANNE TERRY,     No. 2:04-cv-2314-MCE-GGH

12          Plaintiffs,

13      v.                          **RELATED CASE ORDER**

14  TRAVELERS INSURANCE, ET AL.,

15          Defendants.
    _____/
16
    CLYDE TERRY and ANNE TERRY,     No. 2:06-cv-1004-WBS-GGH
17
            Plaintiffs,
18
        v.
19
    KENNEL PARK, INC., ET AL.,
20
            Defendants.
21  _____/

22

23      Examination of the above-entitled civil actions reveals that

24  these actions are related within the meaning of Local Rule 83-

25  123(a) (E.D. Cal. 1997).

26  ///

27  ///

28  ///

                                    1

1   The actions involve many of the same defendants and are based on
2   the same or similar claims, the same property transaction or
3   event, similar questions of fact and the same questions of law,
4   and would therefore entail a substantial duplication of labor if
5   heard by different judges.  Accordingly, the assignment of the
6   matters to the same judge is likely to effect a substantial
7   savings of judicial effort and is also likely to be convenient
8   for the parties.

9        The parties should be aware that relating the cases under
10  Local Rule 83-123 merely has the result that both actions are
11  assigned to the same judge; no consolidation of the action is
12  effected.  Under the regular practice of this court, related
13  cases are generally assigned to the district judge and magistrate
14  judge to whom the first filed action was assigned.

15       IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
16  1004-WBS-GGH, CLYDE TERRY and ANNE TERRY v. KENNEL PARK, INC., ET
17  AL. is reassigned to Judge Morrison C. England, Jr. and Gregory
18  G. Hollows for all further proceedings, and any dates currently
19  set in this reassigned case only is hereby VACATED.  The parties
20  are referred to the attached Order Requiring Joint Status Report.
21  Henceforth, the caption on documents filed in the reassigned case
22  shall be shown as 2:06-cv-1004-MCE-GGH.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

1        IT IS FURTHER ORDERED that the Clerk of the Court make

2   appropriate adjustment in the assignment of civil cases to

3   compensate for this reassignment.

4        IT IS SO ORDERED.

5   DATED: June 1, 2006

6

7

8                              _____

9                              MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3